IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHON O. DOWD as father and administrator of the estate of JONATHON B. DOWD, deceased, <br>     Plaintiff, <br><br> v. <br><br> CITY OF PHILADELPHIA, et al., <br>     Defendant. | : <br> : <br> :   No. 21-cv-1945-JMY <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER**

AND NOW, this 17th day of February 2022, in light of the Second Amended Complaint that was filed in this action on February 11, 2022 (ECF No. 26), it is hereby ORDERED that the Motion to Dismiss for Failure to State a Claim (ECF No. 16) filed by the City of Philadelphia shall be DENIED as Moot.

IT IS SO ORDERED.

BY THE COURT:

/s/ John Milton Younge
Judge John Milton Younge